UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT JORDAN,<br><br>　　　　　Defendant. | Case No. 2:25-mj-00101-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ROBERT JORDAN</u>, Case No. <u>2:25-mj-00101-CKD</u>, Charge <u>18 USC § 922(g)(1)</u>, from custody for the following reasons:

　　　_____ Release on Personal Recognizance

　　　_____ Bail Posted in the Sum of $ _____

　　　　　**x**　Unsecured Appearance Bond $   50,000

　　　　　_____ Appearance Bond with 10% Deposit

　　　　　_____ Appearance Bond with Surety

　　　　　_____ Corporate Surety Bail Bond

　　　　　_____ (Other):

Issued at Sacramento, California on July 14, 2025, at 3:00 PM.

　　　　　　　　　　　　　　By: *Allison Clare* (signature)