United States District Court
Eastern District of California

Case No. [2:25-cr-00163-DAD]

In the Court of Record
Secundum Legem Terrae – Law of the Land

**FILED**

SEP 11 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

NOTICE OF FILING

Counter-Claim and Petition for Writ of Habeas Corpus

Comes now Robert-Louis: Jordan, a living man, Authorized Representative, Secured Party, and Grantor of the ROBERT LOUIS JORDAN TRUST,
to give notice that the attached Counter-Claim and Petition for Writ of Habeas Corpus is entered into the permanent record of this Court of Record,
Secundum Legem Terrae – Law of the Land.

This filing is made without concession of jurisdiction and without consent to any presumption of suretyship.

Dated: 09/11/2025

By: Robert-Louis: Jordan
Robert-Louis: Jordan
Authorized Representative, Secured Party, Grantor
ROBERT LOUIS JORDAN TRUST



All Rights Reserved without Recourse UCC 1-308

Certified Copy. Originals Kept in Trust records. RLJ
Page 1 of 5

Counter-Claim and Petition for Writ of Habeas Corpus

In the Court of Record
Secundum Legem Terrae – Law of the Land

Parties

Claimant / Counter-Plaintiff:
Robert-Louis: Jordan, a living man, one of the people, Authorized Representative, Secured Party, and Grantor of the ROBERT LOUIS JORDAN TRUST, proceeding in private capacity under Common Law.

Respondents:
United States District Court, Eastern District of California; Judge Dale A. Drozd; Clerk Keith Holland; and any and all prosecutors bringing action under presumed jurisdiction.

Statement of Standing

1. I, Robert-Louis: Jordan, am a living man, not a legal fiction, not a corporate entity, and not subject to statutes or codes without consent.

2. I appear solely in my capacity as Authorized Representative, Secured Party, and Grantor of the ROBERT LOUIS JORDAN TRUST.

3. I proceed under the Supreme Authority of Common Law, Magna Carta, Natural Law, and Article VI of the Constitution of the United States — the "Law of the Land."

4. The case styled STATE OF CALIFORNIA v. ROBERT LOUIS JORDAN was prosecuted in the state of California for ten (10) months and dismissed on July 3, 2025. That case was directed against the ALL-CAPS corporate fiction, not against the living man.

5. At no time did I, Robert-Louis: Jordan, living man, consent to act as surety for that corporate fiction. The dismissal confirms that the state had no lawful claim.

6. I have entered and served three (3) separate affidavits into the record as part of my private administrative process. All remain unrebutted, placing Respondents in default and dishonor. The next step is Notarial Protest and perfected lien filing, which shall proceed as required.

Grounds for Habeas Corpus

7. Despite the state's dismissal, federal officers executed a warrant on July 2, 2025, one day prior to dismissal, arising from the same underlying matter.

8. This warrant and subsequent custody constitute unlawful restraint, including but not limited to:

Retaliatory prosecution after state dismissal,

Double jeopardy and duplication of charges.

Presumed jurisdiction never established,

Arrest without lawful due process,

Attempt to compel suretyship from the living man for the ALL-CAPS entity.

9. The federal government remained silent for 10 months during the state's prosecution, showing no interest or jurisdiction until the state failed. This reveals forum shopping and vindictive prosecution, not lawful authority.

10. The firearm at issue is a .38 caliber revolver, not regulated under the National Firearms Act or any federal prohibition.

11. Federal jurisdiction is claimed only by reference to the serial number, alleging that the revolver was manufactured in another state and therefore "moved in interstate commerce." This is a presumption, not proof of jurisdiction, and no act of mine invoked federal commerce power.

12. Constructive custody exists when a man is ordered to appear, fined, threatened, or presumed to be a legal fiction. Such presumption is sufficient grounds for habeas corpus.

Certified Copy                    page #3

Habeas Corpus Claim

13. Pursuant to Blackstone's Commentaries, Book 3, Chapter 8: "Of great importance to every individual is the writ of habeas corpus; for it is a high prerogative writ... and the great bulwark of personal liberty."

14. The writ of habeas corpus extends to all unlawful restraint, not only actual imprisonment.

15. Respondents have failed to rebut three affidavits, stand in dishonor, and now continue to restrain the living man without lawful cause or jurisdiction.

16. Remedy by habeas corpus is demanded, not petitioned, and Respondents are hereby compelled to show lawful cause for restraining me under presumed jurisdiction.

Relief Demanded

The Claimant / Counter-Plaintiff demands the following relief:

1. Immediate recognition that I am unlawfully restrained under a presumption of suretyship.

2. Immediate discharge of all federal charges under case 2:25-cr-00163-DAD for lack of jurisdiction.

3. Recognition that the .38 revolver in question is not subject to federal regulation sufficient to invoke jurisdiction.

4. Confirmation of my private standing as living man and Authorized Representative of the ROBERT LOUIS JORDAN TRUST.

Certified Copy         Page #4

5. Entry of this Counter-Claim and Writ into the permanent record of this Court of Record.

Declaration

I, Robert-Louis: Jordan, a living man, one of the people, do solemnly declare that the foregoing is true, correct, complete, and made in good faith, proceeding under the Law of the Land, secundum legem terrae.

Dated: 09/11/2025

By: *Robert-Louis: Jordan*
Robert-Louis: Jordan
Authorized Representative, Secured Party, Grantor
ROBERT LOUIS JORDAN TRUST

All Rights Reserved without Recourse   UCC 1-308



Certified Copy        page #5

CERTIFICATE OF SERVICE

I, Robert-Louis: Jordan, a living man, Authorized Representative, Secured Party, and Grantor of the ROBERT LOUIS JORDAN TRUST, do hereby certify and declare under penalty of perjury pursuant to the laws of the United States of America that on this 11th day of September 2025, I caused to be served the following documents:

Counterclaim Petition for Writ of Habeas Corpus

Opposition to the United States' Motion to Strike

by placing true and correct copies thereof in sealed envelopes with proper postage affixed, deposited into the custody of the United States Postal Service, sent via Registered Mail / Certified Mail, addressed as follows:
As well As walk in service directly into court record at U.S. DISTRICT COURT EASTERN DISTRICT CALIFORNIA

Service List

Charles Campbell, Assistant United States Attorney,

Dale A. Drozd, United States District Judge,

Keith Holland, Clerk of the Court, United States District Court – Eastern District of California, [% 501 "I" Street] Sacramento California Republic [95814]

(And to any other Respondents/parties of record in both their professional and private capacities.)

Executed this 11th day of September 2025.

Respectfully submitted,



Robert-Louis: Jordan
Authorized Representative, Secured Party, and Grantor
ROBERT LOUIS JORDAN TRUST