

[ROBERT LOUIS JORDAN TRUST]
c/o [1640 East Regal Street]
[Stockton California Republic Near Zip 95205]
Non-Domestic – Without the United States
Date: October 3rd. 2025

# FILED

OCT 06 2025



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

To:
Keith Holland. Clerk of Court
Hon. Judge Dale A. Drozd
Charles Campbell, Assistant U.S. Attorney
United States District Court – Eastern District of California
501 I Street. Sacramento. California 95814

Subject: Transmittal of Documents for Record
Case: [2:25-cr-00163-DAD]

Dear Mr. Holland, Judge Drozd, and Mr. Campbell,

Enclosed please find documents submitted for the court record and for your respective
awareness:

1. Notarial Protest ( certified copy)
2. Final Opportunity to Cure (certified copy)

These materials are transmitted for recordkeeping and notice purposes only.
Please ensure the enclosed documents are entered into the case file and that the court
acknowledges receipt.

A courtesy response may be directed to the address above within five (5) business days of
receipt if clarification is required.

Respectfully.

Robert-Louis : Jordan
Authorized Representative / Grantor
ROBERT LOUIS JORDAN TRUST
All Rights Reserved Without Recourse UCC1-308

Certified Mail No. 9589 0710 5270 1976 6901 79
Instrument No. RA 822 036 715 US - RLJ-NP-09252025





NOTARIAL PROTEST

## NOTARIAL PROTEST
### Ecclesiastical Venue & Commercial Maritime Lien

**From:**
**Robert - Louis: Jordan**
In private ecclesiastical capacity as Executrix and
Trustee of the ROBERT LOUIS JORDAN TRUST
c/o 1640 East Regal Street
Stockton, California Republic near [95205]
Non-Domestic, Non-Assumpsit, Without the
United States

**NOTICE TO:**
**KEITH HOLLAND**, acting as Clerk of Court in both his
public and private capacities;
**DALE A. DROZD**, acting as Judge of the United States
District Court, Eastern District of California, in both his
public and private capacities; and
**CHARLES CAMPBELL**, acting as Prosecutor, in both his
public and private capacities
501 "I" Street
Sacramento California Republic [95814]
Via USPS Certified Mail No. 9589 0710 5270 1976 6901 79
with return receipt

| | |
|---|---|
| **Law Maxims:** | • "He who does not deny, admits." <br> • "Equity aids the vigilant, not those who slumber on their rights." <br> • "An unrebutted affidavit stands as truth in commerce." |
| **Spiritual Authority:** | • Psalm 82:6 – "Ye are gods; and all of you are children of the Most High." <br> • Qur'an 4:58 – "Indeed, Allah commands you to render trusts to whom they are due..." |

## PRESENTMENT & DISHONOR

I. On July 7, 2025, the undersigned did cause to be served, by Registered/Certified Mail, the following lawful instruments to the above-named entities:

   ▪ Subrogation Bond & Settlement Documents;

   ▪ Proof of Claim;

   ▪ Cure Notices; and

   ▪ Certificate of Non-Response

II. Tracking numbers and service detailed as per attached Exhibit "A" Administrative Process and Mailing Log made a part hereof by reference.

**NOTICE OF DIGITAL SEAL USE:** *The seal(s) affixed herein – either of the TRUST GOD ECCLESIASTICAL TRUST, TRUST GOD ECCLESIASTICAL TRUST PRIVATE ECCLESIASTICAL COURT OF EXCLUSIVE EQUITY or ROBERT LOUIS JORDAN TRUST are applied in digital form by the living trustee in full capacity under exclusive equity and ecclesiastical jurisdiction. Said seal(s) carry full legal and spiritual force and effect, equal to wet-ink or embossed seal, and signify authenticity, intent, and jurisdiction of the issuing trust. All rights reserved without prejudice. UCC 1-308.*

*²Any commercial terms herein are included only after the record of default and dishonor has been established. Prior to said default, all actions and standing are exclusively within Divine Equity, Ecclesiastical Trust, and Private Jurisdiction. The use of commercial language does not constitute a waiver of such jurisdiction, but reflects the necessity to enforce the private record against public agents who have entered controversy by dishonor.*

Certified Mail No. 9589 0710 5270 1976 6901 79
Instrument No. RA 822 036 715 US - RLJ-NP-09252025
NOTARIAL PROTEST

**III.** Said presentments were made under ecclesiastical, private trust, and maritime jurisdiction. No verified rebuttal, affidavit of denial, or lawful cure was received within the time stipulated. This constitutes dishonor and default in both equity and commerce.

This is notice is given this __25th__ day of __September__ 2025.

By Executor and Trustee: __Robert – Louis: Jordan, TTEE__ (Seal)
Robert – Louis: Jordan, Executor and Trustee for
**ROBERT LOUIS JORDAN TRUST**
All rights reserved without prejudice.



## PRIVATE NOTARY ACKNOWLEDGMENT

I, the undersigned Private Ecclesiastical Notary affirm, in accordance with the Holy Scriptures, Matthew 5:37, that the foregoing was subscribed before me this __25th__ day of __September__ 2025 by the Robert – Louis: Jordan, Executor and Trustee for **ROBERT LOUIS JORDAN TRUST** under **TRUST GOD ECCLESIASTICAL TRUST** — Private Ecclesiastical Venue, Not for Public Use.

By Private Ecclesiastical Notary: __Dawne Monique Vaughan Brown-El, TTEE__ (Seal)
Dawne Monique Vaughan Brown-El, TTEE
**Private Ecclesiastical Notary**





**TRUST GOD**

NOTICE OF DIGITAL SEAL USE: *The seal(s) affixed herein – either of the TRUST GOD ECCLESIASTICAL TRUST, TRUST GOD ECCLESIASTICAL TRUST PRIVATE ECCLESIASTICAL COURT OF EXCLUSIVE EQUITY or ROBERT LOUIS JORDAN TRUST are applied in digital form by the living trustee in full capacity under exclusive equity and ecclesiastical jurisdiction. Said seal(s) carry full legal and spiritual force and effect, equal to wet-ink or embossed seal, and signify authenticity, intent, and jurisdiction of the issuing trust. All rights reserved without prejudice. UCC 1-308.*
²*Any commercial terms herein are included only after the record of default and dishonor has been established. Prior to said default, all actions and standing are exclusively within Divine Equity, Ecclesiastical Trust, and Private Jurisdiction. The use of commercial language does not constitute a waiver of such jurisdiction, but reflects the necessity to enforce the private record against public agents who have entered controversy by dishonor.*

Certified Mail No. 9589 0710 5270 1976 6901 79
Instrument No. RA 822 036 715 US - RLJ-NP-09252025
NOTARIAL PROTEST

## PUBLIC NOTARY ACKNOWLEDGMENT

State of _Virginia_

City/County of _Portsmouth_

On this ___25th___ day of ___September___, 2025, before me, the undersigned Public Notary, personally appeared (The Honorable and Noble:) Dawne – Monique-Vaughan Brown-El, known to me (or satisfactorily proven) to be the person whose name is subscribed as Private Ecclesiastical Notary to the foregoing instrument, and acknowledged that they executed the same in their authorized capacity under Private Ecclesiastical Jurisdiction and Exclusive Equity Venue.

I, the Public Notary, do not attest to the content, truth, or jurisdiction of the attached instrument, but solely witness the identity and signature of the Executrix and Trustee.

In witness whereof, I hereunto set my hand and affix my official seal.

_____(Seal)
Public Notary Signature

Printed Name: _Hugo J. Morrsin El_

My Commission Expires: _07-31-2028_

Commission Number: _7269937_

NOTICE OF DIGITAL SEAL USE: The seal(s) affixed herein – either of the TRUST GOD ECCLESIASTICAL TRUST, TRUST GOD ECCLESIASTICAL TRUST PRIVATE ECCLESIASTICAL COURT OF EXCLUSIVE EQUITY or ROBERT LOUIS JORDAN TRUST are applied in digital form by the living trustee in full capacity under exclusive equity and ecclesiastical jurisdiction. Said seal(s) carry full legal and spiritual force and effect, equal to wet-ink or embossed seal, and signify authenticity, intent, and jurisdiction of the issuing trust. All rights reserved without prejudice. UCC 1-308.

²Any commercial terms herein are included only after the record of default and dishonor has been established. Prior to said default, all actions and standing are exclusively within Divine Equity, Ecclesiastical Trust, and Private Jurisdiction. The use of commercial language does not constitute a waiver of such jurisdiction, but reflects the necessity to enforce the private record against public agents who have entered controversy by dishonor.

[ROBERT LOUIS JORDAN TRUST]
Private Ecclesiastical Estate
c/o [1640 East Regal Street]
[Stockton California Republic Near Zip 95205]
Non-Domestic — Without the United States



FINAL OPPORTUNITY TO CURE (Private Presentment by UPU)

Re: [2:25-cr-00163-DAD] (for identification only)
UPU Ref(s): RA 824 555 681 US

To:
Hon. Dale A. Drozd, Judge
Keith Holland. Clerk of Court
Charles Campbell, Assistant U.S. Attorney
[United States District Court — Eastern District of California]
[501 I Street, Sacramento, California 95814]

NOTICE: Special appearance in private capacity only. Nothing herein consents to jurisdiction. venue. or appearance.

Background
1) On [date], the Trust issued a Commercial Affidavit/Presentment with proof of service (Ref: RA 824 449 524 US).
2) On [date]. the Trust issued a Second Notice/Opportunity to Cure (Ref: RA 824 449 572 US).
3) On [date], the record matured to Non-Response and Dishonor (Ref: RA 824 450 010 US).
4) On [date], the Trust issued a Notarial Protest under seal (Ref: RA 824 555 681 US), enclosing exhibits including authenticated instruments and lien references [UCC-1/UCC-3: U250147703330].

Purpose of this Presentment
This page is provided in honor to allow a final, short window to resolve administrative defects before additional trust remedies are pursued.

Required Cure (any one or more of the following constitutes cure):
A. A written, signed clarification under oath identifying the verified injured party and the original charging instrument filed on the public record for [2:25-cr-00163-DAD]; or
B. Written evidence of lawful authority and bond/oath for any officer seeking to proceed against the private trust estate; or
C. Written stipulation of withdrawal/cessation of any action inconsistent with the perfected private administrative record and notarial protest: or
D. Entry of a docket notation acknowledging receipt and filing of the Trust's protest and prior notices.

Time to Cure

Please provide the above cure within five (5) business days of receipt of this presentment.

Failure to Cure

If no cure is received within the stated period, the Trust will finalize its administrative record and proceed to additional remedies without further notice.

Mailing & Record

Replies shall be in writing to the c/o address above. Electronic or oral replies are not accepted. Retain your postal tracking for your own records.

Reservation

Executed in private capacity only and without prejudice. Nothing herein waives rights, remedies, or immunities of the Trust or its representatives.

Executed this ___3___ day of ___October___ 20_25_.

Robert-Louis : Jordan
Authorized Representative / Grantor
ROBERT LOUIS JORDAN TRUST

*This digital crest and private trust seal are affixed in good faith and honor, representing the same authority and intent as the living man's autograph, thumbprint, or embossed seal. Its use signifies execution within the private ecclesiastical jurisdiction of the ROBERT LOUIS JORDAN TRUST, and may not be construed as a waiver of rights or submission to any foreign or public venue.*

All Rights Reserved, Without Prejudice

PRIVATE JURAT & WITNESS ATTESTATION
*(For Ecclesiastical / Private Trust Record)*

JURAT OF AFFIANT

I, **Robert-Louis: Jordan**, a living man and Authorized
Representative / Grantor of the ROBERT LOUIS
JORDAN TRUST, do solemnly affirm under full
commercial liability and penalty of perjury that:



- I am competent to state the matters set forth herein;
- I have read the attached document(s);
- The statements, facts, and declarations contained therein are true, correct, and complete to
the best of my knowledge, belief, and understanding;
- This execution is made in private ecclesiastical trust capacity, without the United States, and
not in any general appearance or surety capacity.

Executed this 3rd day of October, 2025, at [Location]. C/o [ 1040 E. Regal street Stockton California Republic [95205] ]

Robert - Louis: Jordan
**By: Robert-Louis: Jordan**
Living Man / Authorized Representative / Grantor


WITNESS ATTESTATION

We, the undersigned living men/women, being of sound mind and lawful age, do hereby witness
the above-named Affiant execute this instrument freely and voluntarily. We attest that the
signature and seal above were affixed in our presence, and we affirm the authenticity of the
Affiant's act.

1. Diamondnique - Denise: Jordan          2. _____
   Name: Diamondnique Denise Jordan        name Craig Baker
   Address: C/o 1550 N. F St, Stockton, CA 95205   address 1550 F st StKN CA 95205

                                           Craig Baker
                                           OCt 3 2025

**Notice:** This Private Jurat & Witness Attestation stands in place of any statutory notary act
and carries full force in ecclesiastical, commercial, and private trust law. By maxims of equity,
unrebutted testimony of two or more living witnesses equals truth in law.


For   Notarial Protest to [ 501 "I" Street Sacramento ] Campbell
      All Parties listed: Judge OROZO, Clerk HOLLAND, CHARLES Campbell