


UPU Jurisdiction

AFFIDAVIT OF DURESS, COERCION & NON-CONSENT
By: Robert-Louis: Jordan™, Authorized Representative
For: ROBERT LOUIS JORDAN TRUST (Private Trust Estate)

FILED

NOV 20 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

I, Robert-Louis: Jordan™, a living man, appearing only in the capacity of Executor, Authorized Representative, Secured Party & Creditor, and Beneficial Interest Holder of the ROBERT LOUIS JORDAN TRUST, do hereby issue this sworn Affidavit of Duress, Coercion, Non-Consent, Commercial Dishonor, and Required Remedy for the administrative record, private ecclesiastical record, and international notice under Universal Postal Union authority.

## I. STATUS

1. I am a living man, created by the Most High, standing under no public corporation, franchise, agency, or statutory person unless by full, knowing, and voluntary contract.

2. The entity styled "ROBERT LOUIS JORDAN," in ALL CAPS, is recognized as Trust Property of the ROBERT LOUIS JORDAN TRUST—separate and distinct from myself. I am not that entity, nor surety for it.

3. I appear only as the Executor/ Authorized Representative of said Trust. I do not appear as the defendant, surety, or debtor.

## II. NOTICE OF DURESS & COERCION

4. Since the initiation of the State matter in [July 2024], continuing into the present federal matter [Case No. 25MJ101, 2:25-cr-00163-DAD], all compelled participation has been produced through coercion, intimidation, threat, and duress.

5. At no time did any officer provide full disclosure, bilateral contract, voluntary waiver, or proof of lawful authority to compel performance.

6. The compelled assignment of counsel, denial of propria persona standing, refusal to acknowledge the private trust estate, and threats of incarceration constitute coercion.

7. No living man or woman has appeared under oath claiming injury or harm.

8. No judge has provided on the record a valid Article III Oath, bond, or authority

sufficient to establish judicial power under [Article III, U.S. Constitution].

### III. JURISDICTIONAL DEFECTS

9. No verified complaint by a living injured party has been produced.

10. No contract has been presented binding the living man or the private trust to statutory jurisdiction [UCC §1-201; UCC §1-308].

11. This matter is commercial, not criminal, and therefore subject to tender, setoff, and administrative remedy.

12. The federal matter arises from a dismissed state matter, without proper subject-matter jurisdiction and in violation of due process.

13. The court continues to convert trust property into presumed surety without lawful right or consent.

14. A Subrogation Bond was tendered by the Trust at the inception of this matter as the commercial remedy and discharge instrument. To date, no party has returned, rebutted, executed, or acknowledged this tender.

15. Continuation of prosecution after tender constitutes commercial dishonor under [UCC §3-501], [UCC §3-603], and [UCC §3-604], and removes the existence of any controversy.

16. Failure to return or process the Subrogation Bond is a jurisdictional defect; the matter cannot proceed while remedy remains tendered and unaddressed.

### IV. NON-CONSENT

17. I do not consent to statutory, administrative, or corporate jurisdiction.

18. I do not consent to any presumption of suretyship for the ALL-CAPS legal fiction, which is trust property with UCC1 held in California, Colorado & New York.

19. I do not consent to being compelled into contracts, procedures, or obligations not voluntarily entered into.

### V. DECLARATION OF RIGHTS

20. I reserve all rights under [UCC §1-308] without prejudice.

21. I object to any attempt to convert my appearance into consent, contract, or submission to jurisdiction.

22. Any attempt to compel performance or ignore the administrative record constitutes trespass, commercial injury, and dishonor.

### VI. NOTICE OF OPPORTUNITY TO CURE (3 DAYS)

23. Respondents have THREE (3) DAYS from receipt of this Affidavit to rebut each point herein with a sworn, point-by-point affidavit signed under penalty of perjury.

24. Failure to rebut constitutes:
    a. Administrative Default
    b. Commercial Dishonor
    c. Estoppel by Silence
    d. Agreement by Acquiescence
    e. Admission of jurisdictional defects
    f. Liability for ongoing injury

### VII. NOTICE OF REMEDY REQUIRED

25. Based on the jurisdictional defects, unrebutted record, and tendered remedy already provided, the proper outcome is discharge, closure, and dismissal of the present matter for lack of jurisdiction, lack of controversy, and failure to produce a verified injured party.

26. This is not a motion, request, or petition for relief. It is a declaration of the remedy required under commercial law, trust law, equity, due process, and the unrebutted administrative record.

27. Any further attempt to compel participation or prosecute the matter constitutes additional trespass, dishonor, and breach of trust.

### VIII. NOTICE OF ADMINISTRATIVE RECORD

28. This Affidavit is:
    a. Entered into the private ecclesiastical record
    b. Lodged under UPU treaty authority
    c. Served upon agents and principals
    d. To be filed into the court docket for judicial notice

### IX. DECLARATION

29. I affirm the truth and correctness of this Affidavit to the best of my knowledge, belief, and understanding, without intent to mislead, and solely for private, educational, and ecclesiastical purposes.

By: _____
Robert-Louis: Jordan™
Executor | Authorized Representative | Secured Party & Creditor
ROBERT LOUIS JORDAN TRUST




*Digital affixation of this crest/seal holds equal effect as physical imprint, acknowledging private ecclesiastical authority and jurisdiction.*

All Rights Reserved, Without Prejudice

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of SAN JOAQUIN

Subscribed and sworn to (or affirmed) before me on this 17TH day of NOVEMBER, 20 25, by ROBERT LOUIS JORDAN ,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



JORGE GONZALEZ
Notary Public - California
San Joaquin County
Commission # 2387504
My Comm. Expires Dec 19, 2025

(Seal)    Signature