

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT JORDAN.<br><br><br>　　　　　Defendant*.<br>_____/ | CASE No.  2:25-cr-00163-DAD<br><br><br>**MINUTES**<br><br><br>Date: February 3, 2026<br>Deputy Clerk: P. Buzo<br>Court Reporter: Jennifer Coulthard |

Counsel for Plaintiff: Charles Campbell, Jason Hitt
Defendant:  Robert Jordan, Mike Hansen (Standby Counsel)

## JURY TRIAL – DAY 1

| | |
|---|---|
| 9:30 am | Court in session outside the presence of the jury.  All parties present. Mike Hansen, standby counsel present. Dft informed court of obtaining retained counsel and counsel could not be here today.  Dft requested a two-week continuance to allow counsel to be present.  Govt addressed the court as to Dft's request for continuance to allow counsel to be present as stated on the record.  After discussion, for reasons stated at today's hearing, Dft's request to vacated today's trial and for continuance to allow defense counsel to appear at trial is denied as stated on the record.  Dft made demand for accounting.  Dft's demand denied. Dft made motion for disqualification.  Dft's motion for disqualification denied as frivolous. |
| 9:52 am | Court addressed Govt's MIL [38] to Admit Prior Convictions.  Dft made motion to stay pending appeal. After discussion, Dft's motion to stay pending appeal Denied.  Court stated Dft's failure to stipulate as to prior convictions.  Govt's MIL [38] Granted for reasons stated. Govt moved to Admit Exhibit 14A into evidence. |
| 10:03 am | Court addressed Govt's MIL [39] to Exclude Irrelevant Evidence.  Court addressed Dft.  Dft addressed the court.  After discussion, for reasons stated on the record, Govt's MIL [39] Granted to Exclude Irrelevant Evidence as stated on the record. |
| 10:15 pm | Jury selection began. Prospective jurors sworn. Introduction of Court Staff. Introduction of Govt counsel.  Introduction of Dft.  Court addressed prospective jurors. |
| 10:24 am | Voir Dire began.  Court addressed trial schedule. Court addressed hardships. |
| 11:17 am | Morning Recess. |

2:25-cr-00163-DAD, USA v. Jordan
Minutes - Page 2

| | |
|---|---|
| 11:37 am | Court back in session.  Outside the presence of the jury. Dft addressed the court as to requested documents as stated on the record.  Court denied Dft's [77] Request as previously stated.  Court stated Dft's standing objection to bonds. |
| 11:39 am | Court addressed Dft as to Ernest Todd Proffit as stated on the record. |
| 11:42 am | Outside the presence of the prospective jurors.  Juror #30 addressed the court. |
| 11:50 am | Back in the presence of the jury. Resume Voir Dire. |
| 12:28 pm | Outside the presence of the jury.  Sidebar. |
| 12:40 pm | Back in the presence of prospective jurors. Resume Voir Dire. |
| 12:42 pm | Govt Voir Dire. |
| 12:45 pm | Court made statement the Dft did not have follow-up. |
| 12:49 pm | Court addressed strike sheet with passes from parties. Court addressed strike sheet as to alternate. |
| 12:54 pm | Court addressed the jury as they appear in the jury box. |
| 12:55 pm | Jury sworn. |
| 12:57 pm | Lunch recess.  Court admonished jury. |
| 2:22 pm | Outside the presence of the jury. |
| 2:25 pm | Back in the presence of the jury.  Court gave preliminary instructions. |
| 2:41 pm | Govt Opening Statement. |
| 2:44 pm | Dft Opening Statement. |
| 2:49 pm | Govt made motion to exclude witnesses.  Court recognized case agent at Govt counsel's table.  Court ordered witnesses to be excluded. |
| 2:50 pm | Govt called Officer Alejandro Gutierrez Cervantes, sworn and testified.  Govt Exhibits 3, 3A.  Govt moved to Admit Exhibit 3A, without objection. Exhibit 3A Admitted.  Record reflects witness identified the dft in the courtroom. Govt Exhibit 3B.  Govt moved to Admit Exhibit 3B.  Exhibit 3B Admitted. |
| 3:06 pm | Cross examination. |
| 3:29 pm | Redirect.  Govt moved to Admit Exhibit 12, without objection.  Exhibit 12 Admitted.  Govt Exhibit 3C.  Govt moved to Admit 3C, without objection Exhibit 3C Admitted. |
| 3:37 pm | Re-cross examination. |
| 3:39 pm | No Re-redirect.  Witness excused. |
| 3:39 pm | Govt called Bryce Ellis, sworn and testified.  Govt Exhibit 6. Govt moved to Admit 6A, with Dft objection. Govt Exhibit 6A Admitted over objection. Govt Exhibit 5A.  Govt moved to Admit Exhibit 5A.  Govt Exhibit 5A Admitted. Govt Exhibits 7-11.  Govt moved to Admit Exhibits 7-11.  Govt Exhibits 7-11 Admitted.  Govt Exhibits 1-2 Marked for Identification.  Govt moved to Admit Exhibits 1-2, without objection.  Govt Exhibits 1-2 Admitted. Exhibits 1-2 published to jury. |
| 3:59 pm | Afternoon recess. |
| 4:17 pm | Back in the presence of the jury. |
| 4:17 pm | Cross examination. |
| 4:36 pm | Redirect. |
| 4:38 pm | Re-cross examination. |
| 4:43 pm | No Re-redirect. Witness excused. |

2:25-cr-00163-DAD, <u>USA v. Jordan</u>
Minutes - Page 3

| | |
|---|---|
| 4:45 pm | Evening recess.  Jury trial to continue 2/4/26 at 9:00 am.  Court admonished jury. |
| 4:50 pm | Court adjourned. |
| | |
| | |

TIME IN COURT: 6 hours