Michael E. Hansen [SBN 191737]
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for ROBERT JORDAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-00163 DAD |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION AND ORDER TO WITHDRAW FILINGS ECF 91 AND 94** |
| ROBERT JORDAN, | |
| Defendant. | |

Defendant Robert Jordan, through undersigned counsel, moves the Court to withdraw ECF docket numbers 91 and 94.

Undersigned counsel has consulted with the defendant in consideration of this motion, and the defendant is in agreement the documents were wrongly filed.

Dated: May 18, 2026.

Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
ROBERT JORDAN

1

**Defendant's Motion to Withdraw Documents**

Michael E. Hansen [SBN 191737]
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
FAX 916.864.1359
Email: mhansen@criminal-defenses.com

Attorney for ROBERT JORDAN

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-00163 DAD |
| Plaintiff, | |
| v. | **ORDER TO WITHDRAW FILINGS ECF 91 AND 94** |
| ROBERT JORDAN, | |
| Defendant. | |

Defendant Robert Jordan's motion to withdraw ECF docket numbers 91 and 94 is granted and documents ECF 91 and 94, filed pro se by Mr. Jordan, are withdrawn.

IT IS SO ORDERED.

Dated:  **May 18, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2

**Defendant's Motion to Withdraw Documents**